# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PHAM,<br><br>   Plaintiff,<br><br>vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE NO.: CV08-00898 VBF (MANx)<br><br>**[PROPOSED] ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION<br><br>Complaint Filed: February 8, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\man\ecf ready\phamprotective-order stip_order.doc

## PROTECTIVE ORDER

Having read and considered the parties' "Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information" ("Stipulated Confidentiality Agreement"), and good cause appearing therefor, the Court orders that the terms and provisions of the Stipulated Confidentiality Agreement shall govern the handling of the documents specified therein which are produced or disclosed by the parties in this case.

IT IS SO ORDERED.

Dated: May 14, 2009

\_\_\_/s/-Margaret A. Nagle_____
HON. MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE