JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PHAM, | CASE NO.: CV08-00898 VBF (MANx) |
| Plaintiff, | **JUDGMENT IN FAVOR OF NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** |
| vs. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

By order dated July 9, 2009, the Court granted defendant Northwestern Mutual Life Insurance Company's ("Northwestern Mutual") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment. The Court's decision to grant the Motion leaves no further issues to be decided in this case. Therefore, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Nicole Pham take nothing, that the action be dismissed on the merits, and that judgment be entered in favor of Northwestern Mutual. Defendant is awarded its allowable costs, upon proper application therefore and as provided by the Federal Rules of Civil Procedure and Local Rules.

Dated:  July 14, 2009

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800